| Case No.: | 09-76508-TJT | Trustee Name: | Wendy Turner Lewis |
|---|---|---|---|
| Case Name: | MACMARTIN, RICHARD WILLIAM | Date Filed (f) or Converted (c): | 11/29/2009 (f) |
| For the Period Ending: | 06/30/2018 | §341(a) Meeting Date: | 01/07/2010 |
| | | Claims Bar Date: | 05/19/2010 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Huntington Bank | $1.00 | $0.00 | | $0.00 | FA |
| 2 | Charter One | $0.00 | $0.00 | | $0.00 | FA |
| 3 | CSB Bank Ken's Oil XXX4136 | $1.00 | $0.00 | | $0.00 | FA |
| 4 | Location: 35291 Monroe, Richmond MI<br><br>Debtor's schedules only state the location of the personal property but the description is actually "Household goods and furnishings, including audio, video, and computer equipment." | $2,000.00 | $0.00 | | $0.00 | FA |
| 5 | Location: 35291 Monroe, Richmond MI<br><br>Debtor's schedules only state the location of the personal property but the description is actually "Wearing Apparel" | $100.00 | $0.00 | | $0.00 | FA |
| 6 | American General Life Insurance | $1.00 | $0.00 | | $0.00 | FA |
| 7 | Jackson Individual Retirement Annuity | $4,191.00 | $0.00 | | $0.00 | FA |
| 8 | A/R from Ken's Oil $123402.75 gross excluding bank | $40,000.00 | $100,000.00 | | $60,657.87 | $39,342.13 |
| Asset Notes: | Collecting settlement installments P/O 3/23/10 | | | | | |
| 9 | GMC pick up truck 2002 seized by Marathon Oil 10/0 | $500.00 | $1,373.48 | | $1,373.48 | FA |
| 10 | Ford Delivery truck 1995 180000 miles seized by Ma | $9,500.00 | $1,373.48 | | $1,373.48 | FA |
| 11 | cash register, copier Location: 35291 Monroe, Rich | $100.00 | $0.00 | | $0.00 | FA |
| 12 | 2 desks | $50.00 | $0.00 | | $0.00 | FA |
| 13 | 800 gallons of propane gas 35676 Park Street, Rich | $1,600.00 | $0.00 | | $0.00 | FA |
| 14 | Post-Petition Interest Deposits (u) | Unknown | $0.00 | | $2.88 | FA |
| 15 | 2009 FIT REFUND TO BE RECEIVED (u) | $4,586.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Asset and exemption added per Amendment filed 03/16/18 | | | | | |

| Case No.: | 09-76508-TJT | | Trustee Name: | Wendy Turner Lewis |
|---|---|---|---|---|
| Case Name: | MACMARTIN, RICHARD WILLIAM | | Date Filed (f) or Converted (c): | 11/29/2009 (f) |
| For the Period Ending: | 06/30/2018 | | §341(a) Meeting Date: | 01/07/2010 |
| | | | Claims Bar Date: | 05/19/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**TOTALS (Excluding unknown value)**

| | $62,630.00 | $102,746.96 | | $63,407.71 | **Gross Value of Remaining Assets** $39,342.13 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

| 06/23/2018 | CONTINUATION OF MONTHLY PAYMENTS ON ACCOUNT RECEIVABLE P/O 03/23/10; |
| 06/28/2017 | ADDITIONAL TIME IS NEEDED TO COLLECT ON THE ACCOUNTS RECIEVABLE INSTALLMENTS P/O 3/23/10 |
| 12/15/2016 | ADDITIONAL TIME IS NEEDED TO COLLECT ON THE ACCOUNTS RECIEVABLE INSTALLMENTS P/O 3/23/10 |
| 04/19/2016 | ADDITIONAL TIME IS NEEDED FOR CONTINUED COLLECTION OF ACCOUNTS RECEIVABLES P/O 3/23/10 TO COLLECT ON THE INSTALLMENTS |
| 12/30/2015 | ADDITIONAL TIME IS NEEDED FOR CONTINUED COLLECTION OF ACCOUNTS RECEIVABLES P/O 3/23/10 TO COLLECT ON THE INSTALLMENTS |

| Initial Projected Date Of Final Report (TFR): | 01/31/2012 | Current Projected Date Of Final Report (TFR): | 05/25/2020 |

/s/ WENDY TURNER LEWIS

WENDY TURNER LEWIS
Chapter 7 Bankruptcy Trustee
444 West Willis, Suite 101
Detroit, Michigan 48201
313.832.5555
wtlewis@ameritech.net

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |  | |
|---|---|---|---|---|
| **Case No.** | 09-76508-TJT | | **Trustee Name:** | Wendy Turner Lewis |
| **Case Name:** | MACMARTIN, RICHARD WILLIAM | | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** | **-***4034 | | **Checking Acct #:** | ******0435 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | DDA |
| **For Period Beginning:** | 11/29/2009 | | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 06/30/2018 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/25/2013 | | Bank of Kansas City | Transfer Funds | 9999-000 | $15,820.59 | | $15,820.59 |
| 03/05/2013 | (8) | Houston's Tack & Feed | Account Receivable P/O 3/23/10 | 1121-000 | $750.00 | | $16,570.59 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.29 | $16,567.30 |
| 03/20/2013 | (8) | Houston's Tack & Feed | Account Receivable P/O 3/23/10 | 1121-000 | $750.00 | | $17,317.30 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $26.93 | $17,290.37 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $27.01 | $17,263.36 |
| 05/13/2013 | (8) | Ray and Terri Houston | Account Receivable P/O 3/23/10 | 1121-000 | $750.00 | | $18,013.36 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $28.47 | $17,984.89 |
| 06/05/2013 | (8) | Ray and Terri Houston | Accounts Receivable P/O 3/23/10 | 1121-000 | $750.00 | | $18,734.89 |
| 06/24/2013 | (8) | Ray & Terri Houston | Accounts Receivable P/O 3/23/10 | 1121-000 | $750.00 | | $19,484.89 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $28.29 | $19,456.60 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.18 | $19,426.42 |
| 08/16/2013 | (8) | Ray & Terri Houston | Accounts Receivable P/O 3/23/10 | 1121-000 | $750.00 | | $20,176.42 |
| 08/30/2013 | (8) | Ray & Terri Houston | Accounts Receivable P/O 3/23/10 | 1121-000 | $750.00 | | $20,926.42 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.17 | $20,896.25 |
| 09/18/2013 | (8) | Ray & Terri Houston | Accounts Receivable P/O 3/23/10 | 1121-000 | $750.00 | | $21,646.25 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.43 | $21,615.82 |
| 10/15/2013 | (8) | Ray and Terri Houston | Accounts Receivable P/O 3/23/10/ check bounced | 1121-000 | ($750.00) | | $20,865.82 |
| 10/15/2013 | (8) | Ray & Terri Houston | Accounts Receivable P/O 3/23/10/check bounced | 1121-000 | ($750.00) | | $20,115.82 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.46 | $20,083.36 |
| 11/04/2013 | (8) | Ray and Terri Houston | Accounts receivable P/O 3/23/10 | 1121-000 | $750.00 | | $20,833.36 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.29 | $20,801.07 |
| 12/17/2013 | (8) | Ray D Houston | Accounts Receivable P/O 3/23/10 | 1121-000 | $750.00 | | $21,551.07 |
| 12/30/2013 | 5001 | INSURANCE PARTNERS AGENCY, INC. | Blanket bond premium invoice # 89566 | 2300-000 | | $22.16 | $21,528.91 |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.66 | $21,495.25 |
| 01/03/2014 | (8) | Ray D Houston | Accounts Receivable P/O 3/23/10 | 1121-000 | ($750.00) | | $20,745.25 |
| 01/08/2014 | (8) | Ray Houston | Accounts Receivable P/O 3/23/10 | 1121-000 | $750.00 | | $21,495.25 |
| 01/10/2014 | (8) | Ray and Terri Houston | Accounts Receivable P/O 3/23/10 | 1121-000 | $750.00 | | $22,245.25 |

| | | | | SUBTOTALS | $22,570.59 | $325.34 | |

09-76508-tjt    Doc 73    Filed 07/16/18    Entered 07/16/18 13:26:18    Page 3 of 18

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| | |
|---|---|
| **Case No.** | 09-76508-TJT |
| **Case Name:** | MACMARTIN, RICHARD WILLIAM |
| **Primary Taxpayer ID #:** | **-***4034 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 11/29/2009 |
| **For Period Ending:** | 06/30/2018 |

| | |
|---|---|
| **Trustee Name:** | Wendy Turner Lewis |
| **Bank Name:** | Bank of Texas |
| **Checking Acct #:** | ******0435 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $34.25 | $22,211.00 |
| 02/06/2014 | (8) | Ray and Terri Houston | Accounts Receivable P/O 3/23/10 | 1121-000 | ($750.00) | | $21,461.00 |
| 02/06/2014 | (8) | Ray D Houston | Account Receivable P/O 3/23/10 | 1121-000 | $1,500.00 | | $22,961.00 |
| 02/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.59 | $22,928.41 |
| 03/21/2014 | (8) | Roy Houston and Terri Houston | Accounts Receivable P/O 3/23/10 | 1121-000 | $1,500.00 | | $24,428.41 |
| 03/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $37.45 | $24,390.96 |
| 04/22/2014 | (8) | Roy and Terri Houston | Accounts Receivable P/O 3/23/10 | 1121-000 | $750.00 | | $25,140.96 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $38.20 | $25,102.76 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $40.50 | $25,062.26 |
| 06/09/2014 | (8) | Ray Houston and Terri Houston | Accounts Receivable P/O 3/23/10 | 1121-000 | $750.00 | | $25,812.26 |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $39.82 | $25,772.44 |
| 07/31/2014 | (8) | Ray Houston and Terri Houston | Accounts receivable P/O 3/23/10 | 1121-000 | $750.00 | | $26,522.44 |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $41.58 | $26,480.86 |
| 08/07/2014 | (8) | Ray & Terri Houston | Accounts Receivable P/O 3/23/10 | 1121-000 | $750.00 | | $27,230.86 |
| 08/27/2014 | (8) | Ray and Terri Houston | Accounts Receivable P/O 3/23/10 | 1121-000 | $750.00 | | $27,980.86 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $43.26 | $27,937.60 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $43.50 | $27,894.10 |
| 10/07/2014 | (8) | Ray and Terri Houston | Accounts Receivable P/O 3/23/10 | 1121-000 | $750.00 | | $28,644.10 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $45.70 | $28,598.40 |
| 11/21/2014 | (8) | Ray and Terri Houston | Accounts Receivable P/O 3/23/10 | 1121-000 | $750.00 | | $29,348.40 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $44.84 | $29,303.56 |
| 12/17/2014 | 5002 | INSURANCE PARTNERS AGENCY, INC. | Bond Payment | 2300-000 | | $48.77 | $29,254.79 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $47.26 | $29,207.53 |
| 01/08/2015 | (8) | Ray and Terri Houston | Accounts Receivable P/O 3/23/10 | 1121-000 | $750.00 | | $29,957.53 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $47.90 | $29,909.63 |
| 02/26/2015 | (8) | Ray Houston | Accounts Receivable P/O 3/23/10 | 1121-000 | $750.00 | | $30,659.63 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $43.59 | $30,616.04 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $49.24 | $30,566.80 |
| | | | | **SUBTOTALS** | **$9,000.00** | **$678.45** | |

09-76508-tjt    Doc 73    Filed 07/16/18    Entered 07/16/18 13:26:18    Page 4 of 18

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-76508-TJT | | Trustee Name: | Wendy Turner Lewis |
|---|---|---|---|---|
| Case Name: | MACMARTIN, RICHARD WILLIAM | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***4034 | | Checking Acct #: | ******0435 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 11/29/2009 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/15/2015 | (8) | Ray and Terri Houston | Accounts Receivable P/O 3/23/10 | 1121-000 | $750.00 | | $31,316.80 |
| 04/28/2015 | (8) | Ray and Terri Houston | Accounts Receivable P/O 3/23/10 | 1121-000 | $750.00 | | $32,066.80 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $48.15 | $32,018.65 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $51.54 | $31,967.11 |
| 06/05/2015 | (8) | Ray and Terri Houston | Accounts Receivable P/O 3/23/10 | 1121-000 | $750.00 | | $32,717.11 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $50.73 | $32,666.38 |
| 07/02/2015 | (8) | Ray & Terri Houston | Accounts Receivable P/O 3/23/10 | 1121-000 | $750.00 | | $33,416.38 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $53.68 | $33,362.70 |
| 08/24/2015 | (8) | Ray and Terri Houston | Accounts Receivable P/O 3/23/10 | 1121-000 | $750.00 | | $34,112.70 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $54.02 | $34,058.68 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $53.18 | $34,005.50 |
| 10/16/2015 | (8) | Ray and Terri Houston | Accounts Receivable P/O 3/23/10 | 1121-000 | $750.00 | | $34,755.50 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $55.29 | $34,700.21 |
| 11/30/2015 | (8) | Ray and Terri Houston | Accounts Receivable P/O 3/23/10 | 1121-000 | $750.00 | | $35,450.21 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $54.18 | $35,396.03 |
| 12/28/2015 | (8) | Ray and Terri Houston | Accounts Receivable P/O 3/23/10 | 1121-000 | $750.00 | | $36,146.03 |
| 12/28/2015 | 5003 | INSURANCE PARTNERS AGENCY, INC. | Bond Payment | 2300-000 | | $20.33 | $36,125.70 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $57.06 | $36,068.64 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $58.03 | $36,010.61 |
| 02/29/2016 | (8) | Terri & ray Houston | Accounts Receivable P/O 3/23/10 | 1121-000 | $750.00 | | $36,760.61 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $54.21 | $36,706.40 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $58.98 | $36,647.42 |
| 04/05/2016 | (8) | Terri & Ray Houston | Accounts Receivable P/O 3/23/10 | 1121-000 | $750.00 | | $37,397.42 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $57.95 | $37,339.47 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $60.09 | $37,279.38 |
| 06/10/2016 | (8) | Terri Houston | Accounts Receivable P/O 3/23/10 | 1121-000 | $750.00 | | $38,029.38 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $58.67 | $37,970.71 |
| 07/01/2016 | (8) | Ray and Terri Houston | Accounts Receivable P/O 3/23/10 | 1121-000 | $750.00 | | $38,720.71 |
| | | | | SUBTOTALS | $9,000.00 | $846.09 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-76508-TJT | | Trustee Name: | Wendy Turner Lewis |
|---|---|---|---|---|
| Case Name: | MACMARTIN, RICHARD WILLIAM | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***4034 | | Checking Acct #: | ******0435 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 11/29/2009 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $62.07 | $38,658.64 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $62.21 | $38,596.43 |
| 08/31/2016 | 5004 | MICHIGAN DEPARTMENT OF TREASURY | payment in full for claim no. 7 P/O 8/29/16 | 2820-000 | | $219.43 | $38,377.00 |
| 08/31/2016 | 5005 | Internal Revenue Service | Payment in full claim no. 6 P/O 8/29/16 | 2690-720 | | $25,354.04 | $13,022.96 |
| 09/06/2016 | 5006 | Wendy Turner Lewis | Payment for Trustee Fees for First Interim P/O 9/2/16 | 2100-000 | | $4,426.53 | $8,596.43 |
| 09/16/2016 | (8) | Ray and Terri Houston | Accounts Receivable p/o 3/23/10 | 1121-000 | $750.00 | | $9,346.43 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $55.17 | $9,291.26 |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $55.75 | $9,235.51 |
| 11/04/2016 | (8) | Ray and Terri Houston | Accounts Receivable p/o 3/23/10 | 1121-000 | $750.00 | | $9,985.51 |
| 11/16/2016 | 5005 | STOP PAYMENT: Internal Revenue Service | Payment in full claim no. 6 P/O 8/29/16 -wrong address | 2690-724 | | ($25,354.04) | $35,339.55 |
| 11/16/2016 | 5007 | Internal Revenue Service | Payment in full claim no. 6 P/O 8/29/16 | 2690-720 | | $25,354.04 | $9,985.51 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $54.71 | $9,930.80 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $42.30 | $9,888.50 |
| 01/25/2017 | (8) | Ray and Terri Houston | Accounts Receivable p/o 3/23/10 | 1121-000 | $750.00 | | $10,638.50 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $16.02 | $10,622.48 |
| 02/16/2017 | (8) | Ray and Terri Houston | Accounts Receivable p/o 3/23/10 | 1121-000 | $750.00 | | $11,372.48 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $15.71 | $11,356.77 |
| 03/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $18.32 | $11,338.45 |
| 04/10/2017 | (8) | Ray and Terri Houston | Accounts Receivable p/o 3/23/10 | 1121-000 | $750.00 | | $12,088.45 |
| 04/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $18.40 | $12,070.05 |
| 05/18/2017 | (8) | Ray and Terri Houston | Accounts Receivable p/o 3/23/10 | 1121-000 | $750.00 | | $12,820.05 |
| 05/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $19.74 | $12,800.31 |
| 06/21/2017 | (8) | Ray andTerri Houston | Accounts Receivable p/o 3/23/10 | 1121-000 | $750.00 | | $13,550.31 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $20.13 | $13,530.18 |
| 07/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $21.83 | $13,508.35 |
| 08/02/2017 | (8) | Ray and Terri Houston | Accounts Receivable p/o 3/23/10 | 1121-000 | $750.00 | | $14,258.35 |
| | | | | SUBTOTALS | $6,000.00 | $30,462.36 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-76508-TJT | Trustee Name: | Wendy Turner Lewis |
| --- | --- | --- | --- |
| Case Name: | MACMARTIN, RICHARD WILLIAM | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***4034 | Checking Acct #: | ******0435 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 11/29/2009 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/23/2017 | (8) | Ray and Terri Houston | Accounts Receivable p/o 3/23/10 | 1121-000 | $750.00 | | $15,008.35 |
| 08/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $22.72 | $14,985.63 |
| 09/27/2017 | | Green Bank | Transfer Funds | 9999-000 | | $14,985.63 | $0.00 |
| | | | TOTALS: | | $47,320.59 | $47,320.59 | $0.00 |
| | | | Less: Bank transfers/CDs | | $15,820.59 | $14,985.63 | |
| | | | Subtotal | | $31,500.00 | $32,334.96 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $31,500.00 | $32,334.96 | |

| For the period of 11/29/2009 to 06/30/2018 | | For the entire history of the account between 02/25/2013 to 06/30/2018 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $31,500.00 | Total Compensable Receipts: | $31,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $31,500.00 | Total Comp/Non Comp Receipts: | $31,500.00 |
| Total Internal/Transfer Receipts: | $15,820.59 | Total Internal/Transfer Receipts: | $15,820.59 |
| | | | |
| Total Compensable Disbursements: | $32,334.96 | Total Compensable Disbursements: | $32,334.96 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $32,334.96 | Total Comp/Non Comp Disbursements: | $32,334.96 |
| Total Internal/Transfer Disbursements: | $14,985.63 | Total Internal/Transfer Disbursements: | $14,985.63 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-76508-TJT | | Trustee Name: | Wendy Turner Lewis |
|---|---|---|---|---|
| Case Name: | MACMARTIN, RICHARD WILLIAM | | Bank Name: | Bank of Kansas City |
| Primary Taxpayer ID #: | **-***4034 | | Checking Acct #: | ******4708 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 11/29/2009 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/26/2012 | | Transfer from Acct # xxxxxx | Transfer of Funds | 9999-000 | $15,029.05 | | $15,029.05 |
| 11/01/2012 | (8) | 7 STAR LOGISTICS LLC | ACCOUNT RECEIVABLE | 1121-000 | $100.00 | | $15,129.05 |
| 11/01/2012 | (8) | 7 STAR LOGISTICS LLC | ACCOUNT RECEIVABLE | 1121-000 | $100.00 | | $15,229.05 |
| 11/15/2012 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1.66 | $15,227.39 |
| 11/30/2012 | (8) | HOUSTON'S TACK & FEED | ACCT REC FOR KEN'S OIL P/O 3/23/10 | 1121-000 | $750.00 | | $15,977.39 |
| 12/12/2012 | (8) | 7 STAR LOGISTICS LLC | ACCOUNT RECEIVABLE | 1121-000 | $100.00 | | $16,077.39 |
| 12/14/2012 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.84 | $16,060.55 |
| 12/19/2012 | (8) | HOUSTON'S TACK & FEED | ACCT REC FOR KEN'S OIL P/O 3/23/10 | 1121-000 | $750.00 | | $16,810.55 |
| 01/09/2013 | (8) | 7 STAR LOGISTICS LLC | ACCOUNT RECEIVABLE | 1121-000 | $42.07 | | $16,852.62 |
| 01/16/2013 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.49 | $16,834.13 |
| 01/24/2013 | (8) | HOUSTON'S TACK & FEED | ACCT REC FOR KEN'S OIL P/O 3/23/10 | 1121-000 | $750.00 | | $17,584.13 |
| 02/14/2013 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.44 | $17,564.69 |
| 02/14/2013 | 1001 | STEINBERG SHAPIRO & CLARK | COUNSEL FOR TRUSTEE FEES P/O 2/13/13 | 3210-000 | | $1,729.00 | $15,835.69 |
| 02/14/2013 | 1002 | STEINBERG SHAPIRO & CLARK | COUNSEL FOR TRUSTEE EXPENSES P/O 2/13/13 | 3220-000 | | $15.10 | $15,820.59 |
| 02/25/2013 | | Bank of Texas | Transfer Funds | 9999-000 | | $15,820.59 | $0.00 |

| | SUBTOTALS | $17,621.12 | $17,621.12 |
|---|---|---|---|

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-76508-TJT | | Trustee Name: | Wendy Turner Lewis |
|---|---|---|---|---|
| Case Name: | MACMARTIN, RICHARD WILLIAM | | Bank Name: | Bank of Kansas City |
| Primary Taxpayer ID #: | **-***4034 | | Checking Acct #: | ******4708 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 11/29/2009 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $17,621.12 | $17,621.12 | $0.00 |
| | | | Less: Bank transfers/CDs | | $15,029.05 | $15,820.59 | |
| | | | Subtotal | | $2,592.07 | $1,800.53 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $2,592.07 | $1,800.53 | |

**For the period of 11/29/2009 to 06/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $2,592.07 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,592.07 |
| Total Internal/Transfer Receipts: | $15,029.05 |
| | |
| Total Compensable Disbursements: | $1,800.53 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,800.53 |
| Total Internal/Transfer Disbursements: | $15,820.59 |

**For the entire history of the account between 01/01/1900 to 06/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $2,592.07 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,592.07 |
| Total Internal/Transfer Receipts: | $15,029.05 |
| | |
| Total Compensable Disbursements: | $1,800.53 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,800.53 |
| Total Internal/Transfer Disbursements: | $15,820.59 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-76508-TJT | Trustee Name: | Wendy Turner Lewis |
|---|---|---|---|
| Case Name: | MACMARTIN, RICHARD WILLIAM | Bank Name: | Bank of America |
| Primary Taxpayer ID #: | **-***4034 | Checking Acct #: | ******6233 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market - Interest Bearing |
| For Period Beginning: | 11/29/2009 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/18/2010 | | MILLER CANFIELD PADDOCK AND STONE P | RETURN OF FUNDS | * | $2,746.96 | | $2,746.96 |
| | {9} | | RETURN OF FUNDS $1,373.48 | 1129-000 | | | $2,746.96 |
| | {10} | | RETURN OF FUNDS $1,373.48 | 1129-000 | | | $2,746.96 |
| 02/26/2010 | (14) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.02 | | $2,746.98 |
| 03/31/2010 | (14) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.07 | | $2,747.05 |
| 04/29/2010 | (8) | MANCHIK EXCAVATING INC | ACCOUNT RECEIVABLE P/O 3/22/10 | 1121-000 | $584.80 | | $3,331.85 |
| 04/30/2010 | (14) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.07 | | $3,331.92 |
| 05/28/2010 | (14) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.08 | | $3,332.00 |
| 06/15/2010 | (8) | HOUSTON'S TACK & FEED LLC | ACCOUNT RECEIVABLE P/O 3/22/10 | 1121-000 | $2,000.00 | | $5,332.00 |
| 06/30/2010 | (14) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.11 | | $5,332.11 |
| 07/30/2010 | (14) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.13 | | $5,332.24 |
| 08/31/2010 | (14) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.14 | | $5,332.38 |
| 09/30/2010 | (14) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.13 | | $5,332.51 |
| 10/25/2010 | | Reverses Deposit # 4 | ACCOUNT RECEIVABLE P/O 3/22/10 | 1121-000 | ($500.00) | | $4,832.51 |
| 10/25/2010 | | HOUSTON'S TACK & FEED LLC | ACCOUNT RECEIVABLE P/O 3/22/10 | 1121-000 | $500.00 | | $5,332.51 |
| 10/25/2010 | (8) | TERRI L HOUSTON | ACCOUNT RECEIVABLE P/O 3/22/10 | 1121-000 | $500.00 | | $5,832.51 |
| 10/29/2010 | (14) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.13 | | $5,832.64 |
| 11/02/2010 | (8) | 7 STAR LOGISTICS LLC | ACCOUNT RECEIVABLE P/O 10/27/10 | 1121-000 | $100.00 | | $5,932.64 |
| 11/16/2010 | (8) | MCT TRANSPORT INC | ACCOUNT RECEIVABLE P/O 11/09/10 | 1121-000 | $500.00 | | $6,432.64 |
| 11/30/2010 | (14) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.16 | | $6,432.80 |
| 12/02/2010 | (8) | HOUSTON'S TACK & FEED LLC | ACCT REC FOR KEN'S OIL P/O 3/23/10 | 1121-000 | $500.00 | | $6,932.80 |
| 12/07/2010 | (8) | 7 STAR LOGISTICS LLC | ACCOUNT RECEIVABLE P/O 10/27/10 | 1121-000 | $100.00 | | $7,032.80 |
| 12/07/2010 | (8) | MCT TRANSPORT INC | ACCOUNT RECEIVABLE P/O 11/9/10 | 1121-000 | $500.00 | | $7,532.80 |
| 12/31/2010 | (14) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.19 | | $7,532.99 |
| 01/06/2011 | (8) | 7 STAR LOGISTICS LLC | ACCOUNT RECEIVABLE P/O 10/27/10 | 1121-000 | $100.00 | | $7,632.99 |
| 01/31/2011 | (14) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.19 | | $7,633.18 |
| 02/04/2011 | (8) | 7 STAR LOGISTICS LLC | ACCOUNT RECEIVABLE P/O 10/27/10 | 1121-000 | $100.00 | | $7,733.18 |
| | | | | SUBTOTALS | $7,733.18 | $0.00 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-76508-TJT | | Trustee Name: | Wendy Turner Lewis |
|---|---|---|---|---|
| Case Name: | MACMARTIN, RICHARD WILLIAM | | Bank Name: | Bank of America |
| Primary Taxpayer ID #: | **-***4034 | | Checking Acct #: | ******6233 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market - Interest Bearing |
| For Period Beginning: | 11/29/2009 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/21/2011 | | TERRI L HOUSTON | ACCT REC FOR KEN'S OIL P/O 3/23/10 | 1121-000 | $500.00 | | $8,233.18 |
| 02/28/2011 | (14) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.06 | | $8,233.24 |
| 03/11/2011 | | Reverses Deposit # 13 | ACCT REC FOR KEN'S OIL P/O 3/23/10 CHECK WAS RETURNED FOR INSUFFICIENT FUNDS | 1121-000 | ($500.00) | | $7,733.24 |
| 03/14/2011 | (8) | 7 STAR LOGISTICS LLC | ACCOUNT RECEIVABLE P/O 10/27/10 | 1121-000 | $100.00 | | $7,833.24 |
| 03/31/2011 | (14) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.07 | | $7,833.31 |
| 04/01/2011 | (8) | TERRI L HOUSTON | ACCT REC FOR KEN'S OIL P/O 3/23/10 REPLACES BOUNCED CHECK FROM 2/21/11 DEPOSIT | 1121-000 | $500.00 | | $8,333.31 |
| 04/01/2011 | (8) | TERRI L HOUSTON | ACCT REC FOR KEN'S OIL P/O 3/23/10 REPLACES BOUNCED CHECK FROM 2/21/11 DEPOSIT | 1121-000 | $500.00 | | $8,833.31 |
| 04/05/2011 | (8) | MCT TRANSPORT INC | ACCOUNT RECEIVABLE P/O 11/9/10 | 1121-000 | $500.00 | | $9,333.31 |
| 04/12/2011 | | Transfer to Acct # XXXXXX6246 | TRANSFER TO WRITE CHECKS TRANSFER TO CUT CHECK FOR DEBTOR'S EXEMPTION | 9999-000 | | $6,613.00 | $2,720.31 |
| 04/29/2011 | (14) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.04 | | $2,720.35 |
| 05/03/2011 | (8) | 7 STAR LOGISTICS LLC | ACCOUNT RECEIVABLE P/O 10/27/10 | 1121-000 | $100.00 | | $2,820.35 |
| 05/31/2011 | (8) | TERRI L HOUSTON | ACCT REC FOR KEN'S OIL P/O 3/23/10 | 1121-000 | $1,000.00 | | $3,820.35 |
| 05/31/2011 | (14) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.02 | | $3,820.37 |
| 06/09/2011 | (8) | MCT TRANSPORT INC | ACCOUNT RECEIVABLE P/O 11/9/10 | 1121-000 | $500.00 | | $4,320.37 |
| 06/09/2011 | (8) | 7 STAR LOGISTICS LLC | ACCOUNT RECEIVABLE P/O 10/27/10 | 1121-000 | $100.00 | | $4,420.37 |
| 06/30/2011 | (14) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.03 | | $4,420.40 |
| 07/22/2011 | (8) | 7 STAR LOGISTICS LLC | ACCOUNT RECEIPTS P/O 10/27/10 | 1121-000 | $100.00 | | $4,520.40 |
| 07/29/2011 | (14) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.04 | | $4,520.44 |
| 08/08/2011 | (8) | HOUSTON'S TACK & FEED LLC | ACCT REC FOR KEN'S OIL P/O 3/23/10 | 1121-000 | $500.00 | | $5,020.44 |
| 08/17/2011 | (8) | 7 STAR LOGISTICS LLC | ACCT RECEIVABLE | 1121-000 | $100.00 | | $5,120.44 |
| 08/17/2011 | (8) | MCT TRANSPORT INC | ACCT RECEIVABLE | 1121-000 | $1,000.00 | | $6,120.44 |
| 08/31/2011 | (14) | Bank of America | Interest Rate 0.010 | 1270-000 | $0.05 | | $6,120.49 |
| 09/14/2011 | (8) | 7 Star Logistics LLC | ACCT RECEIVABLE | 1121-000 | $100.00 | | $6,220.49 |
| 09/14/2011 | (8) | MCT Transport Inc | ACCT RECEIVABLE | 1121-000 | $500.00 | | $6,720.49 |

| | | | | SUBTOTALS | $5,600.31 | $6,613.00 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

|  |  |  |  |
|---|---|---|---|
| Case No. | 09-76508-TJT | Trustee Name: | Wendy Turner Lewis |
| Case Name: | MACMARTIN, RICHARD WILLIAM | Bank Name: | Bank of America |
| Primary Taxpayer ID #: | **-***4034 | Checking Acct #: | ******6233 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Money Market - Interest Bearing |
| For Period Beginning: | 11/29/2009 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2018 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/30/2011 | (14) | Bank of America | Interest Rate 0.010 | 1270-000 | $0.05 |  | $6,720.54 |
| 10/06/2011 | (8) | MCT TRANSPORT INC | ACCOUNT RECEIVABLE | 1121-000 | $500.00 |  | $7,220.54 |
| 10/11/2011 | (8) | 7 STAR LOGISTICS LLC | ACCOUNT RECEIVABLE | 1121-000 | $100.00 |  | $7,320.54 |
| 10/31/2011 | (14) | Bank of America | Interest Rate 0.010 | 1270-000 | $0.06 |  | $7,320.60 |
| 10/31/2011 |  | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $9.05 | $7,311.55 |
| 11/04/2011 | (8) | TERRI L HOUSTON | ACCT REC FOR KEN'S OIL P/O 3/23/10 | 1121-000 | $1,000.00 |  | $8,311.55 |
| 11/04/2011 | (8) | MCT TRANSPORT INC | ACCOUNT RECEIVABLE | 1121-000 | $500.00 |  | $8,811.55 |
| 11/15/2011 | (8) | 7 STAR LOGISTICS LLC | ACCOUNT RECEIVABLE | 1121-000 | $100.00 |  | $8,911.55 |
| 11/30/2011 | (14) | Bank of America | Interest Rate 0.010 | 1270-000 | $0.07 |  | $8,911.62 |
| 11/30/2011 |  | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $10.42 | $8,901.20 |
| 12/21/2011 | (8) | TERRI L HOUSTON | ACCT REC FOR KEN'S OIL P/O 3/23/10 | 1121-000 | $500.00 |  | $9,401.20 |
| 12/21/2011 | (8) | MCT TRANSPORT INC | ACCOUNT RECEIVABLE | 1121-000 | $531.00 |  | $9,932.20 |
| 12/21/2011 | (8) | 7 STAR LOGISTICS LLC | ACCOUNT RECEIVABLE | 1121-000 | $100.00 |  | $10,032.20 |
| 12/30/2011 | (14) | Bank of America | Interest Rate 0.010 | 1270-000 | $0.07 |  | $10,032.27 |
| 12/30/2011 |  | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $11.16 | $10,021.11 |
| 01/10/2012 | (8) | 7 STAR LOGISTICS LLC | ACCOUNT RECEIVABLE | 1121-000 | $100.00 |  | $10,121.11 |
| 01/31/2012 | (14) | Bank of America | Interest Rate 0.010 | 1270-000 | $0.09 |  | $10,121.20 |
| 01/31/2012 |  | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $13.22 | $10,107.98 |
| 02/10/2012 | (8) | 7 STAR LOGISTICS LLC | ACCOUNT RECEIVABLE | 1121-000 | $100.00 |  | $10,207.98 |
| 02/29/2012 | (14) | Bank of America | Interest Rate 0.010 | 1270-000 | $0.08 |  | $10,208.06 |
| 02/29/2012 | (8) | TERRI L HOUSTON | ACCT REC FOR KEN'S OIL P/O 3/23/10 | 1121-000 | $1,000.00 |  | $11,208.06 |
| 02/29/2012 | (8) | MCT TRANSPORT INC | ACCOUNT RECEIVABLE | 1121-000 | $500.00 |  | $11,708.06 |
| 02/29/2012 |  | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $12.08 | $11,695.98 |

| | | |
|---|---|---|
| SUBTOTALS | $5,031.42 | $55.93 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-76508-TJT | | Trustee Name: | Wendy Turner Lewis |
|---|---|---|---|---|
| Case Name: | MACMARTIN, RICHARD WILLIAM | | Bank Name: | Bank of America |
| Primary Taxpayer ID #: | **-***4034 | | Checking Acct #: | ******6233 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market - Interest Bearing |
| For Period Beginning: | 11/29/2009 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/05/2012 | | Transfer to Acct # xxxxxx | Transfer of Funds to Cut Checks for Counsel for Trustee Fees & Expenses P/O 3/2/12 | 9999-000 | | $3,007.20 | $8,688.78 |
| 03/09/2012 | (8) | 7 STAR LOGISTICS LLC | ACCOUNT RECEIVABLE | 1121-000 | $100.00 | | $8,788.78 |
| 03/30/2012 | (14) | Bank of America | Interest Rate 0.010 | 1270-000 | $0.07 | | $8,788.85 |
| 03/30/2012 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.00 | $8,777.85 |
| 04/03/2012 | | Transfer to Acct # xxxxxx | Transfer of Funds to Cover Bank Service Charge | 9999-000 | | $0.86 | $8,776.99 |
| 04/05/2012 | (8) | 7 STAR LOGISTICS LLC | ACCOUNT RECEIVABLE | 1121-000 | $100.00 | | $8,876.99 |
| 04/16/2012 | (8) | TERRI L HOUSTON | ACCT REC FOR KEN'S OIL P/O 3/23/10 | 1121-000 | $1,000.00 | | $9,876.99 |
| 04/30/2012 | (14) | Bank of America | Interest Rate Posting | 1270-000 | $0.08 | | $9,877.07 |
| 04/30/2012 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.73 | $9,865.34 |
| 05/11/2012 | (8) | 7 STAR LOGISTICS LLC | ACCOUNT RECEIVABLE | 1121-000 | $100.00 | | $9,965.34 |
| 05/31/2012 | (14) | Bank of America | Interest Rate 0.010 | 1270-000 | $0.08 | | $9,965.42 |
| 05/31/2012 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.60 | $9,952.82 |
| 06/11/2012 | (8) | TERRI L HOUSTON | ACCT REC FOR KEN'S OIL P/O 3/23/10 | 1121-000 | $1,000.00 | | $10,952.82 |
| 06/11/2012 | (8) | 7 STAR LOGISTICS LLC | ACCOUNT RECEIVABLE | 1121-000 | $100.00 | | $11,052.82 |
| 06/29/2012 | (14) | Bank of America | Interest Rate 0.010 | 1270-000 | $0.08 | | $11,052.90 |
| 06/29/2012 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.55 | $11,040.35 |
| 07/03/2012 | (8) | 7 STAR LOGISTICS LLC | ACCOUNT RECEIVABLE | 1121-000 | $100.00 | | $11,140.35 |
| 07/16/2012 | (8) | RAY D HOUSTON | ACCT REC FOR KEN'S OIL P/O 3/23/10 | 1121-000 | $750.00 | | $11,890.35 |
| 07/31/2012 | (14) | Bank of America | Interest Rate 0.010 | 1270-000 | $0.10 | | $11,890.45 |
| 07/31/2012 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.97 | $11,875.48 |
| 08/13/2012 | (8) | MCT TRANSPORT INC | ACCOUNT RECEIVABLE | 1121-000 | $500.00 | | $12,375.48 |
| 08/21/2012 | (8) | RAY D HOUSTON | ACCT REC FOR KEN'S OIL P/O 3/23/10 | 1121-000 | $750.00 | | $13,125.48 |
| 08/29/2012 | (8) | MCT TRANSPORT INC | ACCOUNT RECEIVABLE | 1121-000 | $500.00 | | $13,625.48 |
| | | | | SUBTOTALS | $5,000.41 | $3,070.91 | |

09-76508-tjt    Doc 73    Filed 07/16/18    Entered 07/16/18 13:26:18    Page 13 of 18

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-76508-TJT | Trustee Name: | Wendy Turner Lewis |
|---|---|---|---|
| Case Name: | MACMARTIN, RICHARD WILLIAM | Bank Name: | Bank of America |
| Primary Taxpayer ID #: | **-***4034 | Checking Acct #: | ******6233 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market - Interest Bearing |
| For Period Beginning: | 11/29/2009 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/29/2012 | (8) | 7 STAR LOGISTICS LLC | ACCOUNT RECEIVABLE | 1121-000 | $100.00 | | $13,725.48 |
| 08/31/2012 | (14) | Bank of America | Interest Rate 0.010 | 1270-000 | $0.10 | | $13,725.58 |
| 08/31/2012 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.57 | $13,710.01 |
| 09/17/2012 | (8) | 7 STAR LOGISTICS LLC | ACCOUNT RECEIVABLE | 1121-000 | $100.00 | | $13,810.01 |
| 09/21/2012 | (8) | RAY D HOUSTON | ACCT REC FOR KEN'S OIL P/O 3/23/10 | 1121-000 | $750.00 | | $14,560.01 |
| 09/27/2012 | (8) | MCT TRANSPORT INC | ACCOUNT RECEIVABLE | 1121-000 | $500.00 | | $15,060.01 |
| 09/28/2012 | (14) | Bank of America | Interest Rate 0.010 | 1270-000 | $0.11 | | $15,060.12 |
| 09/28/2012 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.79 | $15,044.33 |
| 10/26/2012 | (14) | Bank of America | Final Interest Posting | 1270-000 | $0.11 | | $15,044.44 |
| 10/26/2012 | | Bank of America | Bank Service Fee | 2600-000 | | $15.39 | $15,029.05 |
| 10/26/2012 | | Transfer to Acct # xxxxxx4708 | Transfer of Funds | 9999-000 | | $15,029.05 | $0.00 |
| | | | TOTALS: | | $24,815.64 | $24,815.64 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $24,650.11 | |
| | | | Subtotal | | $24,815.64 | $165.53 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $24,815.64 | $165.53 | |

| For the period of 11/29/2009 to 06/30/2018 | | For the entire history of the account between 01/01/1900 to 06/30/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $24,815.64 | Total Compensable Receipts: | $24,815.64 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,815.64 | Total Comp/Non Comp Receipts: | $24,815.64 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $165.53 | Total Compensable Disbursements: | $165.53 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $165.53 | Total Comp/Non Comp Disbursements: | $165.53 |
| Total Internal/Transfer Disbursements: | $24,650.11 | Total Internal/Transfer Disbursements: | $24,650.11 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-76508-TJT | | Trustee Name: | Wendy Turner Lewis |
|---|---|---|---|---|
| Case Name: | MACMARTIN, RICHARD WILLIAM | | Bank Name: | Bank of America |
| Primary Taxpayer ID #: | **-***4034 | | Checking Acct #: | ******6246 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking - Non Interest |
| For Period Beginning: | 11/29/2009 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/12/2011 | | Transfer from Acct # XXXXXX6233 | TRANSFER TO WRITE CHECKS TRANSFER TO CUT CHECK FOR DEBTOR'S EXEMPTION | 9999-000 | $6,613.00 | | $6,613.00 |
| 04/12/2011 | 1001 | MACMARTIN, RICHARD WILLIAM | DEBTOR'S EXEMPTION | 8100-002 | | $6,613.00 | $0.00 |
| 03/05/2012 | | Transfer from Acct # xxxxxx | Transfer of Funds to Cut Checks for Counsel for Trustee Fees & Expenses P/O 3/2/12 | 9999-000 | $3,007.20 | | $3,007.20 |
| 03/05/2012 | 1002 | STEINBERG SHAPIRO & CLARK | COUNSEL FOR TRUSTEE FEES  P/O 3/2/12 | 3210-000 | | $3,000.00 | $7.20 |
| 03/05/2012 | 1003 | STEINBERG SHAPIRO & CLARK | COUNSEL FOR TRUSTEE EXPENSES  P/O 3/2/12 | 3220-000 | | $7.20 | $0.00 |
| 03/30/2012 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $0.86 | ($0.86) |
| 04/03/2012 | | Transfer from Acct # xxxxxx | Transfer of Funds to Cover Bank Service Charge | 9999-000 | $0.86 | | $0.00 |
| | | | TOTALS: | | $9,621.06 | $9,621.06 | $0.00 |
| | | | Less: Bank transfers/CDs | | $9,621.06 | $0.00 | |
| | | | Subtotal | | $0.00 | $9,621.06 | |
| | | | Less: Payments to debtors | | $0.00 | $6,613.00 | |
| | | | Net | | $0.00 | $3,008.06 | |

| For the period of 11/29/2009 to 06/30/2018 | | For the entire history of the account between 01/01/1900 to 06/30/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $9,621.06 | Total Internal/Transfer Receipts: | $9,621.06 |
| | | | |
| Total Compensable Disbursements: | $3,008.06 | Total Compensable Disbursements: | $3,008.06 |
| Total Non-Compensable Disbursements: | $6,613.00 | Total Non-Compensable Disbursements: | $6,613.00 |
| Total Comp/Non Comp Disbursements: | $9,621.06 | Total Comp/Non Comp Disbursements: | $9,621.06 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-76508-TJT | | Trustee Name: | Wendy Turner Lewis |
|---|---|---|---|---|
| Case Name: | MACMARTIN, RICHARD WILLIAM | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4034 | | Checking Acct #: | ******0801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 11/29/2009 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/27/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $14,985.63 | | $14,985.63 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $3.90 | $14,981.73 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $23.39 | $14,958.34 |
| 11/02/2017 | (8) | Ray and Terri Houston | monthly payment -accounts receivables per court order 3/23/2010 | 1121-000 | $750.00 | | $15,708.34 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $24.33 | $15,684.01 |
| 12/08/2017 | (8) | Ray and Terri Houston | monthly payment -accounts receivables per court order 3/23/2010 | 1121-000 | $750.00 | | $16,434.01 |
| 12/19/2017 | 5001 | INSURANCE PARTNERS AGENCY, INC. | 2017 TRUSTEE BOND #3517698 | 2300-000 | | $6.38 | $16,427.63 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $26.05 | $16,401.58 |
| 01/18/2018 | | Wendy Turner Lewis, Trustee | monthly payment -accounts receivables per court order 3/23/2010 NOTE: PAYOR WAS RAY & TERRI HOUSTON, NOT TRUSTEE WENDY TURNER LEWIS | 1121-000 | $750.00 | | $17,151.58 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $26.85 | $17,124.73 |
| 02/06/2018 | (8) | RAY & TERRI HUBBARD | monthly payment -accounts receivables per court order 3/23/2010 NOTE: PAYOR'S LAST NAME IS HOUSTON, NOT HUBBARD | 1121-000 | $750.00 | | $17,874.73 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $25.58 | $17,849.15 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $29.73 | $17,819.42 |
| 04/11/2018 | (8) | RAY & TERRI HOUSTON | MONTHLY PAYMENT - ACCOUNTS RECEIVABLE P/O 03/23/10 | 1121-000 | $750.00 | | $18,569.42 |
| 04/18/2018 | (8) | RAY & TERRI HOUSTON | MONTHLY PAYMENT - ACCOUNTS RECEIVABLE P/O 03/23/10 | 1121-000 | $750.00 | | $19,319.42 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $28.11 | $19,291.31 |
| 05/08/2018 | (8) | RAY & TERRI HOUSTON | MONTHLY PAYMENT - ACCOUNTS RECEIVABLE P/O 03/23/10 | 1121-000 | $750.00 | | $20,041.31 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $32.02 | $20,009.29 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $32.28 | $19,977.01 |
| | | | | SUBTOTALS | $20,235.63 | $258.62 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-76508-TJT | | Trustee Name: | Wendy Turner Lewis |
|---|---|---|---|---|
| Case Name: | MACMARTIN, RICHARD WILLIAM | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4034 | | Checking Acct #: | ******0801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 11/29/2009 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | TOTALS: |  | $20,235.63 | $258.62 | $19,977.01 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs |  | $14,985.63 | $0.00 | |
|  |  |  | Subtotal |  | $5,250.00 | $258.62 | |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 | |
|  |  |  | Net |  | $5,250.00 | $258.62 | |

**For the period of 11/29/2009 to 06/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $5,250.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,250.00 |
| Total Internal/Transfer Receipts: | $14,985.63 |
| | |
| Total Compensable Disbursements: | $258.62 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $258.62 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/27/2017 to 06/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $5,250.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,250.00 |
| Total Internal/Transfer Receipts: | $14,985.63 |
| | |
| Total Compensable Disbursements: | $258.62 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $258.62 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| Case No. | 09-76508-TJT | Trustee Name: | Wendy Turner Lewis |
| Case Name: | MACMARTIN, RICHARD WILLIAM | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4034 | Checking Acct #: | ******0801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 11/29/2009 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $64,157.71 | $44,180.70 | $19,977.01 |

**For the period of 11/29/2009 to 06/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $64,157.71 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $64,157.71 |
| Total Internal/Transfer Receipts: | $55,456.33 |
| | |
| Total Compensable Disbursements: | $37,567.70 |
| Total Non-Compensable Disbursements: | $6,613.00 |
| Total Comp/Non Comp Disbursements: | $44,180.70 |
| Total Internal/Transfer Disbursements: | $55,456.33 |

**For the entire history of the case between 11/29/2009 to 06/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $64,157.71 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $64,157.71 |
| Total Internal/Transfer Receipts: | $55,456.33 |
| | |
| Total Compensable Disbursements: | $37,567.70 |
| Total Non-Compensable Disbursements: | $6,613.00 |
| Total Comp/Non Comp Disbursements: | $44,180.70 |
| Total Internal/Transfer Disbursements: | $55,456.33 |

/s/ WENDY TURNER LEWIS

WENDY TURNER LEWISChapter 7 Bankruptcy Tru