UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

In The Matter Of: In Bankruptcy:

RICHARD WILLIAM MACMARTIN  Case No. 09-76508-TJT
Chapter 7
Debtor(s).      /  Hon. Thomas J. Tucker

## CERTIFICATE OF DISTRIBUTION

Wendy Turner Lewis , Trustee of the above-named estate, hereby states the following:

1. That the Trustee has fully administered this estate by either liquidating or abandoning all property of the estate;

2. That the Trustee has collected $77,907.71 and disbursed $44,293.48 , leaving a balance on hand of $33,614.23 , which funds are deposited in an account at Veritex Community Bank ;

3. That of the funds on hand the following distribution should be made:

| **Chapter 7 Administrative Expenses** | **Amount Allowed** | **Previously Paid** | **Amount Paid** |
|---|---|---|---|
| WENDY TURNER LEWIS<br>Trustee Fee 04/10/20 | $6,814.74 | $4,426.53 | $2,388.21 |
| WENDY TURNER LEWIS<br>Trustee Expense P/O 04/10/20 | $75.00 | $0.00 | $75.00 |
| STEINBERG SHAPIRO & CLARK<br>Attorney for trustee fees P/O 04/10/20 | $7,639.00 | $4,729.00 | $2,910.00 |
| STEINBERG SHAPIRO & CLARK<br>Attorney for trustee exp P/O 04/10/20 | $56.58 | $22.30 | $34.28 |
| | | Subtotal: | $5,407.49 |

| **Secured Claims** | | **Amount Allowed** | **% Paid** | **Amount Paid** |
|---|---|---|---|---|
| 6A | Internal Revenue Service | $86,000.00 | 32.80 | $28,206.74 |
| | | | Subtotal: | $28,206.74 |

| | | | **Total:** | **$33,614.23** |
|---|---|---|---|---|

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

Dated: April 10, 2020    /s/ WENDY TURNER LEWIS
Wendy Turner Lewis , Chapter 7 Trustee
444 West Willis, Suite 101
Detroit , MI  48201
Phone: (313) 832-5555
E-mail: wtlewis@ameritech.net
P39505